UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Craig A. Benson,<br><br>        Plaintiff,<br><br>v.<br><br>Soo Line Railroad Company, a Minnesota corporation, d/b/a Canadian Pacific Railway, a wholly owned subsidiary of Canadian Pacific Railway Limited, and Canadian Pacific Railway Company, a Canadian Corporation,<br><br>        Defendant. | Court File No. 04-5076 (MJD/SRN)<br><br><br>**ORDER GRANTING EXTENSION OF BRIEFING DEADLINES** |

IT IS HEREBY ORDERED that the Briefing Deadlines are amended as follows:

Plaintiff's response in opposition:      August 25, 2006 (12:00 p.m.)

Defendant's reply in support:      September 8, 2006 (12:00 p.m.)

Dated this 16th day of August, 2006

                                          s / Michael J. Davis
                                          Michael J. Davis
                                          United States District Judge